**Dismiss and Opinion Filed December 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00537-CV**

**JOHN K. COIL, AVE, INC. AND EAST BAY, INC., Appellants**
**V.**
**JOHN A. COIL, INDIVIDUALLY AND AS REPRESENTATIVE OF EAST**
**BAY, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01235**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

Appellants filed their "agreed appellant's motion to dismiss" on September 14, 2022. Stating the parties have settled their dispute underlying this appeal, appellants have requested this Court to dismiss this appeal "as there is no further dispute between the parties." The motion's certificate of conference states that counsel for appellants "spoke to counsel for Appellee and he indicated he would not oppose this Motion to Dismiss." We note the motion is captioned as an "agreed" motion. Appellee has not filed a response opposing the motion.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

/Bill Pedersen, III//
_____
BILL PEDERSEN, III
JUSTICE

210537f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN K. COIL, AVE, INC. AND
EAST BAY, INC., Appellants

No. 05-21-00537-CV          V.

JOHN A. COIL, INDIVIDUALLY
AND AS REPRESENTATIVE OF
EAST BAY, INC., Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-01235.
Opinion delivered by Justice
Pedersen, III. Justices Myers and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that subject to any agreement of the parties, appellee JOHN A. COIL, INDIVIDUALLY AND AS REPRESENTATIVE OF EAST BAY, INC. recover his costs of this appeal from appellants JOHN K. COIL, AVE, INC. AND EAST BAY, INC.

Judgment entered this 28th day of December, 2022.